UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sheila Lynn Knop LaPlant,                             Civil No. 13-1292 (DWF/TNL)

          Plaintiff,

v.                                                    ORDER ADOPTING REPORT
                                                      AND RECOMMENDATION
AMCAP Mortgage & Financial, Inc., its
successors and/or assigns; Wells Fargo
Bank, N.A., its successors and/or assigns;
and Shapiro & Zielke, LLP, its successors
and/or assigns,

          Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated August 19, 2013. No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

    1.    Magistrate Judge Tony N. Leung's Report and Recommendation (Doc. No. [6]) is **ADOPTED**.

    2.    Plaintiff's Application To Proceed *In Forma Pauperis* (Doc. No. [2]) is **DENIED**.

      3.      This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: October 1, 2013        <u>s/Donovan W. Frank</u>
                                        DONOVAN W. FRANK
                                        United States District Judge